## DAUGHERTY v. LITTLE.

Court of Appeals of Kentucky.
March 20, 1953.

Guy K. Duerson, Jr., McKee, for appellant.

Carl F. Eversole, Richmond, for appellee.

PER CURIAM.

It appearing that no appeal was granted by the circuit court from the judgment referred to in the statement of appeal, the appeal is dismissed. Civil Code of Practice, § 739.